BERNARD McGILLICK, Appellant, v. WILLIAM J. HARVEY, Respondent.— Appeal dismissed, unless appellant shall file and serve printed records and briefs by December twentieth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

RALPH DEMAS, as Administrator, etc., of CLARENCE DEMAS, Deceased, Respondent, v. JOHN WISNIS, Appellant.— Appeal dismissed, unless appellant shall file and serve printed records and briefs by November sixteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MARY MAIRA, as Guardian ad Litem for JOHN MAIRA, an Infant, Appellant, v. THE MENIHAN COMPANY and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HENRY L. MARSH and Others, Respondents, v. STANDARD ACCIDENT INSURANCE COMPANY, Defendant, and GEORGE G. JOSH, INCORPORATED, Appellant.— Appeal dismissed, unless appellant shall file and serve printed records by November thirteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHARLES SEDITA, Appellant, v. ROCHESTER GAS AND ELECTRIC CORPORATION, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE HERRING-CURTISS COMPANY, by FREDERICK P. KIMBALL and Others, as Surviving Directors and Trustees Thereof, Appellants, v. GLENN H. CURTISS and Others, Respondents.— Order entered on stipulation substituting Lena P. Curtiss, as executrix of the last will and testament of Glenn H. Curtiss, deceased, as a party defendant, respondent, herein in the place of said Glenn H. Curtiss, deceased; and further order entered on stipulation discontinuing the action, without costs as to the defendants Lena P. Curtiss, as executrix of the last will and testament of Glenn H. Curtiss, deceased, and D. Rumsey Wheeler and H. Sayre Wheeler, as executors of the last will and testament of Monroe Wheeler, deceased. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Probate of the Last Will and Testament of GLENN H. CURTISS, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN L. CADMAN, Respondent, v. JOSEPH A. COLLINS, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch Taylor, Edgcomb and Thompson, JJ.

MARGARET SCHNEIDER, Appellant, v. LUCILLE M. SCOTT and Another, Respondents. MARGARET SCHNEIDER, Appellant, v. LUCILLE M. SCOTT, Respondent.— Appeal in each action dismissed, without costs, upon stipulation. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.